UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GIAN BIOLOGICS, LLC, a Delaware
limited liability corporation

       Plaintiff,

v.                                                           Case No: 2:15-cv-645-FtM-99CM

CELLMEDIX HOLDINGS, LLC,
PERFUSION.COM, INC., NORTH
AMERICAN STERILIZATION
AND PACKAGING COMPANY,
INC., BRYAN V. LICH and PAUL
WIEBEL, JR. ,

       Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Seal Documents in support of its Motion to Renewed Motion to Compel and for Sanctions (Doc. 59) filed on December 16, 2016. Defendants do not oppose the requested relief. Doc. 59 at 3. Plaintiff seeks to file under seal its Renewed Motion to Compel and for Sanctions (Doc. 58) and certain documents in support of the renewed motion to compel. *Id.* at 1-2.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal;

(v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the document proposed for sealing and sufficiently explained that filing the document under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Seal Documents in support of its Motion to Renewed Motion to Compel and for Sanctions (Doc. 59) is **GRANTED**.

2. Plaintiff may file under seal its Renewed Motion to Compel and for Sanctions on or before **December 22, 2016**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of December, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

- 2 -