UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GIAN BIOLOGICS, LLC, a Delaware
limited liability corporation

      Plaintiff,

v.

CELLMEDIX HOLDINGS, LLC,
PERFUSION.COM, INC., NORTH
AMERICAN STERILIZATION
AND PACKAGING COMPANY,
INC., BRYAN V. LICH and PAUL
WIEBEL, JR. ,

      Defendants.

Case No:  2:15-cv-645-FtM-29CM

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Extend Deadlines Set Forth by the Court [Dkt. 69] (Doc. 71) filed on March 20, 2017.  On January 18, 2017, Senior United States District Judge John E. Steele dismissed this case without prejudice and directed the Clerk of Court to administratively close this matter pending further order because the Mediator's Report indicated that the parties completely resolved this matter at the mediation.  Docs. 68, 69.  Judge Steele allowed the parties to submit a stipulated form of final order or judgment or to request an extension of time within sixty (60) days of the Order.  Doc. 69.  Accordingly, the parties' deadline to comply with Judge Steele's Order is March 20, 2017.  *See id.*

Plaintiff seeks to have until April 3, 2017 to submit a final order or judgment because the parties were not able to execute a formal settlement agreement yet. Doc. 71 at 2. Because Defendants initially opposed the requested relief, the Court directed Defendants to file a response to the present motion on or before March 24, 2017. *Id.*; Doc. 72. On March 24, 2017, Defendants filed a response, notifying the Court that the parties have reached a formal settlement agreement. Doc. 73 at 1. Defendants also request that the Court extend the parties' deadline to submit a final order or judgment to March 28, 2017. *Id.* As a result, the Court will grant in part Plaintiff's motion for extension and extend the parties' deadline to submit a final order or judgment to March 28, 2017.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Extend Deadlines Set Forth by the Court [Dkt. 69] (Doc. 71) is **GRANTED in part**.

2. The parties shall have up to and including **March 28, 2017** to submit a final order or judgment pursuant to the Order (Doc. 69).

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of March, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record